In the Matter of the Application of CHARLES STRAUSS et al., Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate in the Towns of Mount Pleasant, Harrison and North Castle.

C. FRANK REYNOLDS et al., Appellants; THE CITY OF NEW YORK, Respondent.

*New York city — condemnation proceedings — discontinuance of highways — damage may not be predicated upon closing of highway where abutting owner was left access in one direction.*

*Matter of Strauss (Kensico Reservoir),* 189 App. Div. 953, affirmed. (Argued June 3, 1921; decided July 14, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 21, 1919, which reversed an order of Special Term confirming the report of commissioners of appraisal in the above-entitled proceeding. The city of New York acquired a large area of land adjacent to old Kensico lake and erected a new and higher dam, thereby flooding a large amount of additional territory. This necessitated the closing of a number of highways. Damages were allowed the appellants herein upon the ground of elimination of highways, the increase of grade and increase of distance to certain points. The defense of the city of New York was that at common law no cause of action for damages could be predicated upon the discontinuance of a highway where the abutting owner was left access in one direction, and that under the statutes applicable no claim for compensation has been given to the claimants herein.

*Clinton T. Taylor, Arthur I. Strang, John B. J. Gerety, Raeburn W. Jenkins, Alexander R. Wilson* and *Wilson M. Powell* for appellants.

*John P. O'Brien, Corporation Counsel (I. J. Beaudrias* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, CRANE and ANDREWS, JJ. Absent: POUND, J. Deceased: CHASE, J.